IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02147-MEH

PAUL ENOCH CHAIREZ,

    Plaintiff,

v.

NORTHSTAR LOCATION SERVICES,

    Defendant.

___

## ORDER RE: NOTICE OF DISMISSAL
___

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Joint Stipulation of Dismissal with Prejudice filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [docket #9]. The Court finds the stipulation and terms of dismissal proper. Thus, the Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 23rd day of January, 2015.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge